**Dismiss Writ and Opinion Filed July 5, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00843-CV**

**IN RE CHARLES MITCHELL, Relator**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14792-C**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Francis

Relator claims the trial court and the court reporter violated a ministerial duty by failing to provide a reporter's record for his appeal. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested with respect to the trial court. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *In re Coston*, 07-03-0366-CV, 2003 WL 21939465 at *1 (Tex. App.–Amarillo Aug. 13, 2003, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus to the extent it seeks relief as to the trial court. We do not have mandamus jurisdiction over the court reporter. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010).

Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction to the extent it seeks relief as to the court reporter.


/Molly Francis/
MOLLY FRANCIS
130843F.P05                                     JUSTICE